

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Sacramento Division

OCT 15 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| Lamont Harper<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>Amazon.com Services LLC<br>Jennifer Hutt, Ronnie Gipson, TJ Graves,<br>Andrew Norman Anderson, Brianna Lien, Rosalynn<br>Jaban, Bibiana Rodriguez,    "See Attached"<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   $2:25$-CV-2972 TLN JDP (PS)<br><br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:   *(check one)*   ☑Yes   ☐No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lamont Harper |
| Street Address | 1285 N Acacia Ave |
| City and County | Ripon, San Joaquin |
| State and Zip Code | California, 95366 |
| Telephone Number | (209) 404-4453 |
| E-mail Address | musictwoyourears2@verizon.net |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name — Amazon.com Services LLC

Job or Title *(if known)* — Fulfillment Center Warehouse SCK4 (IXD)

Street Address — 6001 S. Austin Rd.

City and County — Stockton, San Joaquin County

State and Zip Code — California, 95215

Telephone Number — (209) 594-4005

E-mail Address *(if known)* — sck-4@amazon.com

Defendant No. 2

Name — Jennifer Hutt

Job or Title *(if known)* — Exact HR Sr. Escalations Investigator

Street Address — 6001 S. Austin Rd.

City and County — Stockton, San Joaquin County

State and Zip Code — California, 95215

Telephone Number — (209) 594-4005

E-mail Address *(if known)* — jennhutt@amazon.com

Defendant No. 3

Name — Ronnie Gipson

Job or Title *(if known)* — Loss Prevention Manager

Street Address — 6001 S. Austin Rd.

City and County — Stockton, San Joaquin County

State and Zip Code — California, 95215

Telephone Number — (209) 594-4005

E-mail Address *(if known)* — rmgipson@amazon.com

Defendant No. 4

Name — Andrew Norman Anderson

Job or Title *(if known)* — Fulfillment Center Manager

Street Address — 6001 S. Austin Rd.

City and County — Stockton, San Joaquin County

State and Zip Code — California, 95215

Telephone Number — (209) 594-4005

E-mail Address *(if known)* — sck-4@amazon.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Amazon.com Services LLC |
| Street Address | 6001 S. Austin Rd. |
| City and County | Stockton, San Joaquin County |
| State and Zip Code | California, 95215 |
| Telephone Number | (209) 594-4005 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:
EEOC Protected Activity/Whistleblower US Code 2087

☑    Relevant state law *(specify, if known)*:
Retaliation/Cats Paw Theory/ AB 9 Extension

☑    Relevant city or county law *(specify, if known)*:
Continuing Violation Doctrine/Wrongful Termination

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☑    Retaliation.

☑    Other acts *(specify)*:    Reporting of EEOC/Sex Discrimination and Retaliation

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
Most significant resulting in termination are, October 5th, 2021 and April 28, 2023

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race                African American

☑    color                    Black

☑    gender/sex              Male

☐    religion

☐    national origin

☑    age *(year of birth)*        1966        *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Amazon retaliated for filing EEOC case #1, on 12/31/2021 then case #2, on 5/12/2023. I appeal to Sr. HR Executive Investigator "Jennifer Hutt" involving both the cases. #1 involved Sr Management and coordinated HR Shannon Morse and Julia Harnoy, Weaponizing (Adverse) False Me Too Movement) Sex Discrimination/Wrongful Dismissal and Libel Per Se.  Case #2, Weaponizing LP Ronnie Gipson to escalate a low level Infraction to "Felony and Coercive" Interrogation. Despite perfect work history and attendance; my manager Andrew Norman Anderson completes my evaluation with Libel Per Se, stating I pose an immediate Risk to the building liken to a "Hazardous Disease and Serious Felony Crime Risk resulting in Financial Loss"  Each evaluations I was not present for, but they stated I "Refuse to Sign"

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
12/31/2021 and 5/13/2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    **8/06/2025**    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Punitive damages - $500,000,000.   Defamation/Per Se Estimate less than .0001% Company Net Worth

Emotional Distress - $150,000,000.   Physiologically Manipulation/Gaslighting and seemingly, no recourse.

Reputational Harm - $100,000,000.   Bullied and Defeated, nothing you can do about it.

Restoration of Dignity/Reputation and Employment.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                10/15/2025

Signature of Plaintiff

Printed Name of Plaintiff          Lamont Harper/ Pro Se

### B.    For Attorneys

Date of signing:                N/A

Signature of Attorney          N/A

Printed Name of Attorney      N/A

Bar Number              N/A

Name of Law Firm          N/A

Street Address            N/A

State and Zip Code          N/A

Telephone Number          N/A

E-mail Address            N/A

Print        Save As...        Add Attachment        Reset

# Amazon.com Services LLC    Defendant List of

## "See Attached"  Names Continued

## Charge No: 550-2023-02185

**Defendant No.1**

| | |
|---|---|
| Name | **Amazon.com Services LLC** |
| Job or Title | Fulfillment Center Warehouse SCK4 (IXD) |
| Street Address | 6001 S. Austin Rd. |
| City State and Zip Code | Stockton Ca, 95215 |
| Telephone Number | (209) 594-4005 |
| E-mail Address | Sck4-hr@amazon.com |

**Defendant No.2**

| | |
|---|---|
| Name | **Jennifer Hutt** |
| Job or Title | Exact HR Sr Escalations Investigator |
| Street Address | 6001 S. Austin Rd. |
| City State and Zip Code | Stockton Ca, 95215 |
| Telephone Number | (209) 594-4005 |
| E-mail Address | Jennhutt@amazon.com |

**Defendant No.3**

Name                           **Ronnie Gipson**

Job or Title                   Loss Prevention Manager

Street Address                 6001 S. Austin Rd.

City State and Zip Code        Stockton Ca, 95215

Telephone Number               (209) 594-4005

E-mail Address                 rmgipson@amazon.com

**Defendant No.4**

Name                           **Andrew Norman Anderson**

Job or Title                   Fulfillment Center Manager

Street Address                 6001 S. Austin Rd.

City State and Zip Code        Stockton Ca, 95215

Telephone Number               (209) 594-4005

E-mail Address                 sck4-hr@amazon.com

**Defendant No.5**

Name                           **Brianna Lien**

Job or Title                   Human Resource Partner

Street Address                 6001 S. Austin Rd.

City State and Zip Code        Stockton Ca, 95215

Telephone Number               (209) 594-4005

E-mail Address                 Brilien@amazon.com

**Defendant No.6**

Name                                    **Rosalynn Jaban**

Job or Title                            Human Resources Supervisor

Street Address                          6001 S. Austin Rd.

City State and Zip Code                 Stockton Ca, 95215

Telephone Number                        (209) 594-4005

E-mail Address                          rjjaban@amazon.com

**Defendant No.7**

Name                                    **Bibiana Rodriguez**

Job or Title                            Human Resources Partner

Street Address                          6001 S. Austin Rd.

City State and Zip Code                 Stockton Ca, 95215

Telephone Number                        (209) 594-4005

E-mail Address                          birbir@amazon.com

**Defendant No.8**

Name                                    **Julianne Ybarra**

Job or Title                            Human Resource Partner

Street Address                          6001 S. Austin Rd.

City State and Zip Code                 Stockton Ca, 95215

Telephone Number                        (209) 594-4005

E-mail Address                          Juliybar@amazon.com

**Defendant No.9**

Name                         **Justin Avara**

Job or Title                 Loss Prevention Specialist

Street Address               6001 S. Austin Rd.

City State and Zip Code      Stockton Ca, 95215

Telephone Number             (209) 594-4005

E-mail Address               aavarjus@amazon.com

**Defendant No.10**

Name                         **Gregg Charles Nottingham**

Job or Tile Exact HR         Loss Prevention Manager III

Street Address               6001 S. Austin Rd.

City State and Zip Code      Stockton Ca, 95215

Telephone Number             (209) 594-4005

E-mail Address               grnottin@amazon.com

**Defendant No.11**

Name                         **Jay Austin**

Job or Title                 Human Resources Generalist

Street Address               6001 S. Austin Rd.

City State and Zip Code      Stockton Ca, 95215

Telephone Number             (209) 594-4005

E-mail Address               sck4-hr@amazon.com

**Defendant No.12**

Name                              **TJ Graves**

Job or Title                      Sr. Operations Manager

Street Address                    6001 S. Austin Rd.

City State and Zip Code           Stockton Ca, 95215

Telephone Number                  (209) 594-4005

E-mail Address                    tggrave@amazon.com

**Defendant No.13**

Name                              **Journe Johnson**

Job or Tile Exact HR              Fulfillment Center Associate

Street Address                    6001 S. Austin Rd.

City State and Zip Code           Stockton Ca, 95215

Telephone Number                  (209) 594-4005

E-mail Address                    sck4-hr@amazon.com

**Defendant No.14**

Name                              **Kev Ruiz**

Job or Title                      Fulfillment Center Associate

Street Address                    6001 S. Austin Rd.

City State and Zip Code           Stockton Ca, 95215

Telephone Number                  (209) 594-4005

E-mail Address                    sck4-hr@amazon.com

**Defendant No.15**

Name                          **Harpreet Hunjan**

Job or Title                  Human Resource Assistant

Street Address                6001 S. Austin Rd.

City State and Zip Code       Stockton Ca, 95215

Telephone Number              (209) 594-4005

E-mail Address                hhunjan@amazon.com

**Defendant No.16**

Name                          **Roger Adam Rene**

Job or Title                  Manager

Street Address                6001 S. Austin Rd.

City State and Zip Code       Stockton Ca, 95215

Telephone Number              (209) 594-4005

E-mail Address                sck4-hr@amazon.com

**Defendant No.17**

Name                          **Jennifer Garcia**

Job or Tile Exact HR          Human Resources Partner

Street Address                6001 S. Austin Rd.

City State and Zip Code       Stockton Ca, 95215

Telephone Number              (209) 594-4005

E-mail Address                sck4-hr@amazon.com

Defendant No.18

Name                                 **Anna Nguyen**

Job or Title                          Fulfillment Center Associate

Street Address                        6001 S. Austin Rd.

City State and Zip Code               Stockton Ca, 95215

Telephone Number                      (209) 594-4005

E-mail Address                        sck4-hr@amazon.com

Defendant No.19

Name                                 **Patti Colella**

Job or Title                          Human Resource Manager

Street Address                        6001 S. Austin Rd.

City State and Zip Code               Stockton Ca, 95215

Telephone Number                      (209) 594-4005

E-mail Address                        sck4-hr@amazon.com

**Defendant No.20**

Name                                 **Ram Rajagopal**

Job or Tile Exact HR                  Sr. Manager Operations

Street Address                        6001 S. Austin Rd.

City State and Zip Code               Stockton Ca, 95215

Telephone Number                      (209) 594-4005

E-mail Address                        Sck4-hr@amazon.com



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**San Francisco District Office**
450 Golden Gate Avenue 5 West, PO Box 36025
San Francisco, CA 94102
(650) 684-0910
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/06/2025

**To:** Lamont L. Harper
1285 N. Acacia Ave
RIPON, CA 95366
Charge No: 550-2023-02185

EEOC Representative and email:     IAN STEELE
EQUAL OPPORTUNITY INVESTIGATOR
IAN.STEELE@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 550-2023-02185

On behalf of the Commission,

Digitally signed by Rosa M. Salazar
DN: cn=Rosa M. Salazar, o=U.S. Equal
Employment Opportunity Commission,
ou=Enforcement Manager, San Francisco District
Office, email=rosa.salazar@eeoc.gov, c=US
Date: 2025.08.06 13:54:43 -07'00'

FOR: Christopher Green
District Director

**Cc:**
Sara Hunt
Amazon c/o Littler Mendelson, P.C.
2301 McGee St STE 700
Kansas City, MO 64108


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 550-2023-02185 to the District Director at Christopher Green, 450 Golden Gate Avenue 5 West PO Box 36025, San Francisco, CA 94102.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 550-2023-02185 to the District Director at Christopher Green, 450 Golden Gate Avenue 5 West PO Box 36025, San Francisco, CA 94102.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**

Phillip Burton Federal Building
450 Golden Gate Avenue
5 West P. O. Box 36025
San Francisco, CA 94102
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Francisco Direct Dial: (650) 684-0910
FAX (415) 522-3415
Website: www.eeoc.gov

August 6, 2025

Mr. Lamont L. Harper
1285 N. Acacia Ave
Ripon, CA 95366
musictwoyourears2@verizon.net

Re:    Mr. Lamont L. Harper v. Amazon
       EEOC Charge No.: 550-2023-02185

Dear Mr. Lamont L. Harper:

The U.S. Equal Employment Opportunity Commission (EEOC) has completed the investigation into the allegations of employment discrimination contained in the above-referenced EEOC charge. We have carefully reviewed all the information and evidence submitted to date by you and Respondent and analyzed it consistent with the legal standards of proof required to establish that you were subjected to the alleged discrimination or retaliation. Based on the evidence obtained and reviewed to date, the EEOC will be ending its investigation because:

- The EEOC collected extensive comparative evidence of other employees who were accused of similar infractions, and that evidence did not show that others who were not of your protected groups were subjected to better treatment.

Upon concluding the investigation, the EEOC issues a Determination and Notice of Right to Sue and notifies you of its issuance via an automated email. Once notified, please access your public portal account and download the document immediately. If you wish to pursue your case further, you may file a private lawsuit in Federal District Court within 90-days of receiving the Notice of Right to Sue. **If you do not file a private lawsuit within the required 90-days, your right to sue in the matter will expire and cannot be restored by the EEOC.**

We understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretation of the available evidence and the laws that we enforce. Although you may disagree with our decision, the determination is final. We regret that we are unable to provide any further assistance regarding this matter.

Sincerely,

Ian Steele
Equal Opportunity Investigator