Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Benjamin R. Buchwalter (State Bar No. 301130)
bbuchwalter@fbm.com
Daniel N. Baron (State Bar No. 362767)
dbaron@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAMONT HARPER,<br><br>                   Plaintiff,<br><br>       vs.<br><br>AMAZON.COM SERVICES LLC,<br><br>                   Defendant. | Case No. 2:25-cv-2972-TLN-JDP<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Judge:     Hon. Troy L. Nunley<br><br>Trial Date: None Set |

In compliance with Civil L.R. 144(a), Defendant Amazon.com Services LLC ("Defendant"), by and through its counsel, and Plaintiff Lamont Harper ("Plaintiff"), hereby agree and stipulate as follows

1. WHEREAS, on October 15, 2024, Plaintiff filed his original Complaint in this Court;

2. WHEREAS, on January 12, 2026, Plaintiff filed the operative First Amended Complaint in this Court;

3. WHEREAS, on January 13, 2026, Plaintiff served the First Amended Complaint on Amazon;

4. WHEREAS, on February 10, 2026, counsel for Amazon first became aware of the First

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

STIPULATION

48138\20876441.1

Amended Complaint in the instant action.

5. WHEREAS, Amazon's response to Plaintiff's First Amended Complaint was originally due on February 3, 2026;

6. WHEREAS, Plaintiff and Amazon agree to a 21-day extension of Amazon's responsive pleading deadline, or until March 5, 2026;

7. WHEREAS, this is the first stipulation between the parties to an extension of time to file a responsive pleading and will not cause undue delay in the case.

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Amazon, through their respective counsel, that the date by which Amazon must serve and file a responsive pleading to Plaintiff's First Amended Complaint be extended from February 3, 2026 to March 5, 2026.

Dated:  February ___, 2026          FARELLA BRAUN + MARTEL LLP


By: _____
        Benjamin R. Buchwalter

Attorneys for Defendant
AMAZON.COM SERVICES LLC


Dated:  February ___, 2026


By: _____
        Lamont Harper

Plaintiff

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby grants the Parties' Stipulation and orders Defendant to respond to Plaintiff's Amended Complaint by March 5, 2026.

IT IS SO ORDERED.

Dated:    February 23, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE