UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT HARPER, | Case No. 2:25-cv-2972-TLN-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| AMAZON.COM SERVICES LLC, | |
| Defendant. | |

For good cause shown in plaintiff's response, ECF No. 7, the court discharges its January 7, 2026 order to show cause, ECF No. 6.

IT IS SO ORDERED.


Dated:   March 9, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1